UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-20458 - CMA

MALAK KHATABI,
and other similarly situated individuals,

Plaintiff,

vs.

CAR AUTO HOLDINGS, LLC
d/b/a PALMETTO ALFA ROMEO-FIAT,
and CARLOS RIOS,

Defendants.
_____/

## VERDICT FORM

### UNPAID MINIMUM WAGES
### FOR AUGUST 26, 2020 THROUGH SEPTEMBER 9, 2020
### PURSUANT TO THE FAIR LABOR STANDARDS ACT
### AGAINST CAR AUTO HOLDINGS, LLC d/b/a
### PALMETTO ALFA ROMEO-FIAT

**Do you find by a preponderance of the evidence:**

1. That the Defendant Car Auto Holdings, LLC d/b/a Palmetto Alfa Romeo-Fiat failed to pay any of Ms. Khatabi's minimum wages for work for 14 days performed from August 26, 2020 through September 9, 2020, in violation of the applicable law?

   Answer: Yes __✓__ No _____

   If your answer is "Yes," to question 1 go to the next question. If your

i

answer is "No," to both questions 1 and 2 go to question 4.

2. That Ms. Khatabi should be awarded damages for the failure to pay her any wages for work performed during August 26, 2020 through September 9, 2020?

    Answer: Yes ____✓____ No _____

    If your answer is "Yes," in what amount? $ __513.00__

3. That Defendant Car Auto Holdings, LLC d/b/a Palmetto Alfa Romeo-Fiat or Defendant Carlos Rios knew or showed reckless disregard for whether the FLSA prohibited it/him from failing to pay Ms. Khatabi any wages for work performed during August 26, 2020 through September 9, 2020?

    Answer: Yes ____✓____ No _____

Go to the next question.

## DISCRIMINATION - SEX

**Do you find from a preponderance of the evidence:**

4. That Car Auto Holdings, LLC d/b/a Palmetto Alfa Romeo-Fiat constructively discharged Ms. Khatabi from employment?
    Answer: Yes ____✓____ No _____

If your answer is "No," go to question 9. If your answer is "Yes," go to the next question.

5. That Ms. Khatabi's sex was a motivating factor that prompted Car Auto Holdings, LLC d/b/a Palmetto Alfa Romeo-Fiat to take that action?

    Answer: Yes ____✓____ No _____

2

If your answer is "No," go to question 9. If your answer is "Yes," go to the next question.

6. That Ms. Khatabi should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

Answer: Yes ___✓___ No _____

If your answer is "Yes," or "No" go to the next question.

If your answer is "Yes,"
in what amount?    $ 1,028

7. That Ms. Khatabi should be awarded damages to compensate for emotional pain and mental anguish?

Answer: Yes ___✓___ No _____

If your answer is "Yes,"
in what amount?    $ 80,000.00

If your answer is "No," to both questions 6 and 7 above, go to question 9. If your answer is "Yes," to either questions 6 or 7, go to the next question.

8. That punitive damages should be assessed against Car Auto Holdings, LLC d/b/a Palmetto Alfa Romeo-Fiat?

Answer: Yes ___✓___ No _____

If your answer is "Yes,"
in what amount?    $ 750,000.00

## HOSTILE WORK ENVIRONMENT - SEX

**Do you find from a preponderance of the evidence:**

9. That Ms. Khatabi's supervisors harassed Ms. Khatabi because of her sex?

3

Answer: Yes ___✓___ No _____

If your answer is "No," go to question 17. If your answer is "Yes," go to the next question.

10. That the harassment created a hostile work environment for Ms. Khatabi?

Answer: Yes ___✓___ No _____

If your answer is "No," go to question 17. If your answer is "Yes," go to the next question.

11. That Car Auto Holdings, LLC d/b/a Palmetto Alfa Romeo-Fiat exercised reasonable care to prevent and promptly correct any harassing behavior in the workplace because of sex?

Answer: Yes _____ No ___✓___

If your answer is "Yes," or "No" go to the next question.

12. That Ms. Khatabi unreasonably failed to take advantage of the preventive or corrective opportunities Car Auto Holdings, LLC d/b/a Palmetto Alfa Romeo-Fiat provided to avoid or correct the harm.

Answer: Yes _____ No ___✓___

If your answer is "Yes," go to question 17. If your answer is "No," go to the next question.

13. That Ms. Khatabi suffered damages because of the hostile work environment?

Answer: Yes ___✓___ No _____

If your answer is "No," go to question 17. If your answer is "Yes," go to the next question.

14. That Ms. Khatabi should be awarded damages to compensate her for a net loss of wages and benefits to the date of your verdict?

Answer: Yes ____✓____ No _____

If your answer is "Yes,"
in what amount?        $____0____

If your answer is "Yes," or "No" go to the next question.

15.    That Ms. Khatabi should be awarded damages to compensate for emotional pain and mental anguish?

Answer: Yes ____✓____ No _____

If your answer is "Yes,"
in what amount?        $____0____

If your answer is "No," to both questions 14 and 15 above, go to question 17. If your answer is "Yes," to either questions 14 or 15, go to the next question.

16. That punitive damages should be assessed against Car Auto Holdings, LLC d/b/a Palmetto Alfa Romeo-Fiat?

Answer: Yes ____✓____ No _____

If your answer is "Yes,"
in what amount?        $____0____

### RETALIATION – SEX

**Do you find by a preponderance of the evidence:**

17. That Ms. Khatabi engaged in protected activity?

Answer: Yes ____✓____ No _____

If your answer is "Yes," go to the next question. If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

5

18. That Car Auto Holdings, LLC d/b/a Palmetto Alfa Romeo-Fiat took an adverse employment action against Ms. Khatabi?

Answer: Yes ___✓___ No _____

If your answer is "Yes," go to the next question. If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

19. That Car Auto Holdings, LLC d/b/a Palmetto Alfa Romeo-Fiat took the adverse employment action because of Ms. Khatabi's protected activity?

Answer: Yes ___✓___ No _____

If your answer is "Yes," go to the next question. If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

20. That Ms. Khatabi suffered damages because of the adverse employment action?

Answer: Yes ___✓___ No _____

If your answer is "Yes," go to the next question. If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

21. That Ms. Khatabi should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

Answer: Yes ___✓___ No _____

If your answer is "Yes,"
In what amount?    $ ___∅___

If your answer is "Yes," or "No," go to the next question.

22.. That Ms. Khatabi should be awarded damages to compensate for emotional pain and mental anguish?

Answer: Yes ___✓___ No _____

If your answer is "Yes,"
In what amount? $ __∅__

If your answer is "Yes," to question 21 or 22, go to the next question. If your answer is "No," to both questions 21 and 22, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

23. That punitive damages should be assessed against Car Auto Holdings, LLC d/b/a Palmetto Alfa Romeo-Fiat?

Answer: Yes ___✓___ No _____

If your answer is "Yes,
In what amount? $ __

**SO SAY WE ALL.**

_____
**JURY FOREPERSON**

__4/13/22__
**DATE**